UNITED STATES, Appellee

v

SAMUEL HUFF, JR., Seaman Apprentice,
U. S. Navy, Appellant

19 USCMA 56, 41 CMR 56

No. 22,324

November 7, 1969

*Captain Jeffery W. Maurer*, USMC, and *Lieutenant Kenneth F. Ripple*, JAGC, USNR, were on the pleadings for Appellant, Accused.

*Colonel C. R. Larouche*, USMC, and *Captain Patricia A. Murphy*, USMC, were on the pleadings for Appellee, United States.

## Opinion of the Court

PER CURIAM:

The accused was convicted by a special court-martial of various acts of misconduct directed against other members of the armed forces. He contends that since the offenses were committed in the civilian community and are cognizable in a civilian court they are not triable by court-martial under O'Callahan v Parker, 395 US 258, 23 L Ed 2d 291, 89 S Ct 1683 (1969).

Assaults and other injuries by one member of the armed forces against another are acts having military significance and are, therefore, not within the constitutional limitation on court-martial jurisdiction expounded in the *O'Callahan* case. United States v Plamondon, 19 USCMA 22, 41 CMR 22. The decision of the board of review is affirmed.